No. 80–1061. WATERS *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 80–1069. LAY FACULTY ASSN., LOCAL 1261 *v.* BISHOP FORD CENTRAL CATHOLIC HIGH SCHOOL ET AL. C. A. 2d Cir. Certiorari denied.

No. 80–1077. FACTOR ET AL. *v.* COMMISSIONER OF PATENTS AND TRADEMARKS. C. C. P. A. Certiorari denied.

No. 80–1085. UNION CARBIDE AGRICULTURAL PRODUCTS CO., INC., ET AL. *v.* COSTLE, ADMINISTRATOR, ENVIRONMENTAL PROTECTION AGENCY, ET AL. C. A. 2d Cir. Certiorari denied.

No. 80–1096. AIKEN *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 80–1110. SAND *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 80–1130. PEOPLES BANK OF INDIANOLA *v.* EQUAL EMPLOYMENT OPPORTUNITY COMMISSION. C. A. 5th Cir. Certiorari denied.

No. 80–1135. HEDSTROM CO., A SUBSIDIARY OF BROWN GROUP, INC. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 3d Cir. Certiorari denied.

No. 80–1140. THOMAS *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 9th Cir. Certiorari denied.

No. 80–1180. McCALL ET AL. *v.* WATT, SECRETARY OF THE INTERIOR, ET AL. C. A. 9th Cir. Certiorari denied.